82 A.3d 924

IN THE MATTER OF JOAN OTHELIA PINNOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 010881997).

October 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–043, concluding that **JOAN OTHELIA PINNOCK** of **NEWARK,** who was admitted to the bar of this State in 1997, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(b) (failure to provide client with a writing setting forth the basis or rate of the fee), and *RPC* 1.16(d) (failure to protect a client's interest on termination of the representation);

And the Disciplinary Review Board having further concluded that respondent should return to her client monies paid to her for a filing fee;

And good cause appearing;

It is ORDERED that **JOAN OTHELIA PINNOCK** is hereby reprimanded; and it is further

ORDERED that respondent shall refund the sum of $545 to her client in the *Chambers* immigration matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.